FILED
07 FEB 15 AM 8:53
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PPL  DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

vs.

HUGO GARCIA-RIZO

AMENDED
JUDGMENT INCLUDING SENTENCE
UNDER THE SENTENCING REFORM ACT

CRIMINAL CASE: 00CR3512-B
Registration No: 43174198

**THE DEFENDANT:**

MARK FLEMING
DEFENDANT'S ATTORNEY:

__X__ Correction of Sentence on Remand (Fed. R. Crim. P. 35)

__X__ pleaded guilty to count(s) __**1 COUNT INFORMATION**__
____ was found guilty on count(s) _____
after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| TITLE & SECTION | NATURE OF OFFENSE | COUNT |
|---|---|---|
| 8 USC 1326 | DEPORTED ALIEN FOUND IN THE UNITED STATES | 1 |

The defendant is sentenced as provided in pages 2 through 4 of this judgment.
The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

____ The defendant has been found not guilty on count(s) _____ and is discharged as to such count(s).
____ THE REMAINING COUNT IS dismissed on the motion of the United States.
__X__ It is ordered that the defendant shall pay to the United States a special assessment of $ __100__ Which shall be due immediately.

__X__ FINE WAIVED

It is further ordered that the defendant shall notify the United States Attorney for this district within thirty days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid.

ENTERED_____

00CR3512

DEFENDANT: HUGO GARCIA-RIZO                                    Page 2 of 4
CASE NUMBER: 00CR3512-B

### IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of __24 MONTHS__

__X__ The Court makes the following recommendations to the Bureau of Prison: INCARCERATION BE AS CLOSE TO LOS ANGELES CA., FACILITIES AND SECURITY LEVEL WILL PERMIT,

_____ The defendant is remanded to the custody of the United States Marshal.

_____ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons.

   ____ before 2 p.m. on _____.

   _____ as notified by the United States Marshal.

   ____ as notified by the Probation Office.

### RETURN
I have executed this Judgment as follows:
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.    _____

                                    UNITED STATES MARSHAL

                                    By _____
                                         Deputy Marshal

00CR3512

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of     1 YEAR     .


   The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

   The defendant shall not commit another federal, state, or local crime.

   The defendant shall not illegally possess a controlled substance.

   *For offenses committed on or after September 13, 1994:*
      The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.
      _____ The above drug testing condition is suspended based on the court's determination that the defendant poses a low risk of future substance abuse. (Check if applicable.)

X  The defendant shall not possess a firearm as defined in 18 U.S.C. § 921. (Check, if applicable.)
      If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in this judgment.

   The defendant shall comply with the standard conditions that have adopted by this court (set forth below). The defendant shall comply with the additional conditions on the attached page (if indicated below).

### STANDARD CONDITIONS OF SUPERVISION

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distribute or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT: HUGO GARCIA-RIZO                                              Page 4 of 4
CASE NUMBER: 00CR3512-B

## SPECIAL CONDITIONS OF SUPERVISION

_X_ NOT POSSESS FIREARMS, DANGEROUS WEAPONS OR EXPLOSIVES,

_X_ SUBMIT TO A SEARCH OF PERSON OR PROPERTY CONDUCTED IN A REASONABLE MANNER AND AT A REASONABLE TIME BY THE PROBATION DEPARTMENT

_X_ PARTICIPATE IN A DRUG AND OR ALCOHOL PROGRAM INCLUDING TESTING AND COUNSELING AS DIRECTED BY THE PROBATION DEPARTMENT

_X_ REPORT ALL VEHICLES OWNED, OPERATED OR THAT THE DEFENDANT HAS AN INTEREST THEREIN, TO THE PROBATION DEPARTMENT

_X_ IF DEPORTED, EXCLUDED OR ALLOWED TO VOLUNTARILY RETURN TO DEFENDANT'S NATIVE COUNTRY, THAT HE NOT REENTER THE UNITED STATES ILLEGALLY AND REPORT TO THE PROBATION DEPARTMENT WITHIN TWENTY-FOUR (24) HOURS OF ANY REENTRY INTO THE UNITED STATES. SUPERVISION IS WAIVED UPON DEPORTATION, EXCLUSION OR VOLUNTARY DEPARTURE

DATE OF IMPOSITION OF SENTENCE: January 10, 2001

RUDI M. BREWSTER,
UNITED STATES SENIOR DISTRICT JUDGE

00CR3512